```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03520
   CYNTHIA RENEE PITNER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4661

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/28/2007 and was confirmed 05/24/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

      The case was dismissed after confirmation 08/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
EVERHOME MORTGAGE          CURRENT MORTG   21823.59            .00       21823.59
EVERHOME MORTGAGE          MORTGAGE ARRE   17624.52            .00        4203.65
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00             .00
NET BANK                   NOTICE ONLY     NOT FILED           .00             .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC   19318.39        2144.19        4871.60
WELLS FARGO AUTO FINANCE   UNSECURED       NOT FILED           .00             .00
WELLS FARGO AUTO FINANCE   NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         6417.62            .00             .00
BANK OF AMERICA            UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED         636.77            .00             .00
IL STATE DISBURSEMENT UN   UNSECURED       NOT FILED           .00             .00
ILLINOIS DEPT OF PUBLIC    NOTICE ONLY     NOT FILED           .00             .00
ILLINOIS DEPT OF PUBLIC    NOTICE ONLY     NOT FILED           .00             .00
ILLINOIS DEPT OF PUBLIC    NOTICE ONLY     NOT FILED           .00             .00
NICOR GAS                  UNSECURED        2378.80            .00             .00
NICOR GAS                  NOTICE ONLY     NOT FILED           .00             .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED           .00             .00
MCI RESIDENTIAL SERVICES   NOTICE ONLY     NOT FILED           .00             .00
PARK DANSEN                NOTICE ONLY     NOT FILED           .00             .00
PNC BANK                   UNSECURED       NOT FILED           .00             .00
CITY OF CALUMET CITY       UNSECURED         250.00            .00             .00
CITY OF CALUMET CITY       NOTICE ONLY     NOT FILED           .00             .00
RMI/MCSI                   NOTICE ONLY     NOT FILED           .00             .00
SIR FINANCE                UNSECURED         910.00            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         488.50            .00             .00
NET BANK                   NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         580.71            .00             .00
NORTHWEST CAPITAL          UNSECURED        1439.57            .00             .00
EVERHOME MORTGAGE          NOTICE ONLY     NOT FILED           .00             .00
EVERHOME MORTGAGE          NOTICE ONLY     NOT FILED           .00             .00
LEDFORD & WU               DEBTOR ATTY     2,014.00                       2,014.00
TOM VAUGHN                 TRUSTEE                                        2,663.91

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 03520 CYNTHIA RENEE PITNER
```

```
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 37,720.94

PRIORITY                                             .00
SECURED                                        30,898.84
     INTEREST                                   2,144.19
UNSECURED                                            .00
ADMINISTRATIVE                                  2,014.00
TRUSTEE COMPENSATION                            2,663.91
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                  37,720.94              37,720.94
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 11/20/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE